*Order*

*The recommendation of the M.J. is adopted.* [signature] 7/24/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DIRECTV, INC. OF CALIFORNIA,

      Plaintiff,

 -against-

HECTOR CHARLES,

      Defendant.
-----------------------------------------------------------------x

REPORT AND
RECOMMENDATION

03-CV-5555 (ERK)

ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:

Plaintiff DirecTV, Inc. ("DirecTV" or "plaintiff") brought this action against Hector Charles ("Charles" or "defendant"), for intercepting and receiving unauthorized satellite transmissions in violation of 47 U.S.C. § 605(a) and 18 U.S.C. §§ 2510-2521. Although properly served, defendant never filed an answer and never appeared in this action.

Thereafter, the Honorable Edward R. Korman entered a default and referred the matter to the undersigned magistrate judge for a determination of plaintiff's damages. This Court directed that the parties file written submissions addressing the bases for plaintiff's claims and damages. Plaintiff complied with the Court's order, but defendant failed to respond.

Having reviewed plaintiff's inquest submission, and for the reasons set forth below, this Court recommends that plaintiff be awarded $1,784.50 in damages, fees, and costs.

## BACKGROUND

Plaintiff operates a direct broadcast satellite system through which it provides television and other programming to homes and businesses throughout the United States. Complaint ("Compl.") at ¶ 1. Plaintiff's television programming is provided to residential customers on either a subscription or pay-per-view basis. Id. at ¶ 2. DirecTV's satellite transmissions are